# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Francisco Hernandez,

Plaintiff

v.

Pro Tree Service, Inc. et al

Defendant(s).

Case No. 18-cv-04503
Magistrate Judge Jeffrey Cole

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Magistrate Judge Jeffrey Cole on a motion for final approval of settlement

Date: 1/24/2020            Thomas G. Bruton, Clerk of Court

                           Yulonda Thomas, Deputy Clerk